

# NUMBERS 13-21-00254-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **NINFA SOLIZ,** | **Appellant,** |

**v.**

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 156th District Court
### of Live Oak County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

This cause is before the Court on its own motion. The trial court's certification of the defendant's right to appeal indicates appellant does not have the right to appeal this matter. Accordingly, on August 16, 2021, the Court ordered appellant's counsel to review the record, determine whether appellant has a right to appeal, and forward their findings to the court within thirty days. Appellant's counsel did not comply with the order.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 44.3 and 44.4. Accordingly, this appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether the trial court certificate of defendant's right to appeal is accurate; (2) whether appellant's rights are adversely affected by a continued delay; (3) whether appellant wishes to pursue his appeal; and (4) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal.

Upon remand, the trial court shall also determine whether appellant is entitled to court-appointed counsel. If the trial court determines new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment counsel, it shall issue such findings.

The trial court shall cause its finding and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

PER CURIAM

2

Do not publish.
Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed on the
27th day of September, 2021.